ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
SEP 29 2006
U.S. COURT OF FEDERAL CLAIMS

ALION SCIENCE AND TECHNOLOGY CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 06-682 C

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Alion Science and Technology Corporation ("Alion"), by its undersigned counsel, timely files this Corporate Disclosure Statement. Currently, there is no parent or publicly-held corporation that owns ten percent (10%) or more of Alion's stock.

Dated: September 29, 2006

Respectfully submitted,

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1685
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644
*Counsel for Alion Science and Technology Corporation*

Of Counsel:

L. James D'Agostino
Richard L. Moorhouse
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Telephone No.: (703) 749-1300
Telecopier No.: (703) 749-1301

Peter A. Riesen
Keir X. Bancroft
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949

**CERTIFICATE OF SERVICE**

This is to certify that, on the 29th day of September 2006, I caused copies of the foregoing Plaintiff's CORPORATE DISCLOSURE STATEMENT to be served by hand-delivery on:

Jefferson Hughes
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

Flayo O. Kirk. Esq.
Office of General Counsel
Defense Information Systems Agency
5111 Leesburg Pike, Suite 900, Skyline 5
Falls Church, Virginia 22041

*Counsel for ITT*

Keir X. Bancroft