FILED
SEP 29 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| ALION SCIENCE AND TECHNOLOGY CORPORATION, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 06-682 C |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND REQUEST FOR ISSUANCE OF PROTECTIVE ORDER**

Pursuant to Rule 7 and Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Alion Science and Technology Corporation ("Alion") respectfully moves this Court for leave to file the accompanying bid protest documents under seal and further requests that the Court issue a Protective Order in this case. The bid protest documents accompanying this Motion are Alion's Complaint, Motion for Injunctive Relief, and Memorandum in Support. Such documents contain information that is confidential and proprietary to Alion and will cause competitive harm if disclosed to the public. Subsequent filings in this bid protest matter may also contain confidential and proprietary information or information that is source-selection sensitive. This information should not be disclosed to the public. Accordingly, Alion requests that access to such information be restricted by issuance of a Protective Order, as set forth in RCFC Form 8.

In support of this Motion, Alion states that certain of the pleadings and supporting documents Alion filed may contain confidential or proprietary source selection and proposal

information not appropriate for release to the public. Some of this information is subject to a protective order which the Government Accountability Office (the "GAO") issued in connection with Alion's related bid protests, Nos. B-297022.4, .5. The GAO-issued Protective Order requires Alion and the other parties to the Order to keep confidential all protected material disclosed in connection with that bid protest. Alion has notified the GAO of the instant action and obtained the GAO's approval to use such information in sealed proceedings before the Court. A copy of the GAO Protective Order is attached hereto as Exhibit A. A copy of the GAO's approval to use such information is attached hereto as Exhibit B.

Pursuant to RCFC App. C ¶ 6, Alion has indicated the protected material contained within the Complaint and other papers to be filed under seal, and has provided the Court and the other parties, by counsel, with a proposed redacted version of the Complaint and other papers.

Alion also hereby moves this Court pursuant to RCFC App. C ¶¶ 16-17 to issue a Protective Order covering the proceedings in this matter (including, but not limited to, the documents filed under seal). The proceedings in this matter may involve sensitive agency source selection information and proprietary offeror proposal information. Maintaining the integrity of both the source selection process and the offeror's protected information requires that the Court issue a Protective Order covering the proceedings.

As required by Appendix C, redacted and highlighted copies of Alion's bid protest documents are provided with this Motion.

WHEREFORE, Plaintiff Alion respectfully requests that this Court grant Alion's Motion for Leave to File Under Seal and Request for Issuance of Protective Order in this case. Plaintiff further requests that this Court grant such other and further relief as is just and proper.

Dated: September 29, 2006

Respectfully submitted,

J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1685
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644
*Counsel for Alion Science and Technology Corporation*

Of Counsel:

L. James D'Agostino
Richard L. Moorhouse
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Telephone No.: (703) 749-1300
Telecopier No.: (703) 749-1301

Peter A. Riesen
Keir X. Bancroft
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949

**CERTIFICATE OF SERVICE**

This is to certify that, on the 29th day of September 2006, I caused copies of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND REQUEST FOR ISSUANCE OF PROTECTIVE ORDER to be served by hand-delivery on:

Jefferson Hughes
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

Flayo O. Kirk. Esq.
Office of General Counsel
Defense Information Systems Agency
5111 Leesburg Pike, Suite 900, Skyline 5
Falls Church, Virginia 22041
*Counsel for ITT*

Keir X. Bancroft

MC1DOCS#213410