IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST
Electronically Filed on October 2, 2006

| | |
|---|---|
| ALION SCIENCE AND TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-682-C<br>(Judge Bruggink) |

**ORDER**

Advanced Engineering & Sciences, a division of ITT Corporation ("ITT"), the awardee of the contract that is the subject of this action, has moved to intervene as of right pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims. Having considered this motion, the memorandum in support of the motion, and Plaintiff's response to the motion, it is hereby

ORDERED that ITT's Motion to Intervene as of right is hereby GRANTED.

____________________________________
Judge Eric G. Bruggink

Dated: October ____, 2006