IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST
Electronically Filed on October 2, 2006

| | | |
|---|---|---|
| ALION SCIENCE AND TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-682-C<br>(Judge Bruggink) |

**CORPORATE DISCLOSURE STATEMENT OF ADVANCED ENGINEERING & SCIENCES, A DIVISION OF ITT INDUSTRIES, INC.**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, I, Thomas C. Papson, attorney of record for Advanced Engineering and Sciences, a division of ITT Corporation ("ITT"), certify that Advanced Engineering & Sciences is an unincorporated business unit of ITT Corporation. ITT has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/Thomas C. Papson

Thomas C. Papson

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7639
(202) 496-7756, facsimile

Attorney of Record for Plaintiff
Advanced Engineering & Sciences, a
division of ITT Corporation

Of Counsel:

Jason N. Workmaster
Kara M. Klaas
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Dated: October 2, 2006