**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALION SCIENCE AND TECHNOLOGY CORPORATION,** | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-682C** |
| **THE UNITED STATES,** | ) | **(Senior Judge Bruggink)** |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of F. JEFFERSON HUGHES as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: October 2, 2006

s/ F. Jefferson Hughes

F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288
Facsimile: (202) 514-8640

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of October, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes