# In the United States Court of Federal Claims

**No. 06-682 C**
**(e-filed October 3, 2006)**

ALION SCIENCE AND TECHNOLOGY CORPORATION

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Robert H. Hodges, Jr.**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk