# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| ALION SCIENCE AND TECHNOLOGY CORPORATION, | * | |
| | * | |
| Plaintiff, | | No. 06-682C |
| | * | |
| v. | | Filed: October 5, 2006 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant, and | | |
| | * | |
| ADVANCED ENGINEERING & SCIENCES, a division of ITT CORPORATION, | * | |
| Defendant-Intervenor. | * | |

* * * * * * * *

**ORDER**

Pursuant to motions pending before the court we enter the following:

Intervention. Advanced Engineering & Sciences, a division of ITT Corporation ("ITT"), has filed a motion to intervene pursuant to Rules 24(a) and 24(b) of this court. Based on ITT's representations made therein, its request is hereby GRANTED.

Administrative Record. The United States filed a motion to file the Administrative Record on CD-ROM and to waive the paper copy. There being no opposition to defendant's motion, that request is hereby GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge