# In the United States Court of Federal Claims

* * * * * * * *

ALION SCIENCE AND TECHNOLOGY CORPORATION, *

*

Plaintiff, * No. 06-682C

*

v. * Filed: October 5, 2006

*

UNITED STATES OF AMERICA, *

*

Defendant, and *

ADVANCED ENGINEERING & SCIENCES, a division of ITT CORPORATION, *

Defendant-Intervenor. *

* * * * * * * *

**SCHEDULING ORDER**

Pursuant to the parties' October 3, 2006 status conference with the court, we enter the following regarding court proceedings:

On or before **October 10, 2006**, the Government will file the Administrative Record.

On or before **October 13, 2006**, all Motions for Judgment on the Administrative Record will be filed.

On or before **October 18, 2006**, all Responses to the Motions for Judgment will be filed.

The court will convene oral arguments on **October 23, 2006.**

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge