# In the United States Court of Federal Claims

* * * * * * * *

ALION SCIENCE AND TECHNOLOGY CORPORATION, *

Plaintiff, * No. 06-682C

v. * Filed: October 5, 2006

UNITED STATES OF AMERICA, *

Defendant, and *

ADVANCED ENGINEERING & SCIENCES, a division of ITT CORPORATION, *

Defendant-Intervenor. *

* * * * * * * *

**MODIFIED SCHEDULING ORDER**

This order is to replace the current scheduling order filed in this case. We enter the following proceedings pursuant to the parties' discussions with the court during an October 3, 2006 status conference:

On or before **October 10, 2006**, the Government will file the Administrative Record.

On or before **October 13, 2006**, defendant and defendant-intervenor ITT will file their oppositions to plaintiff's motion for a preliminary injunction.

On or before **October 18, 2006**, plaintiff will file its reply to defendant's and defendant-intervenor's oppositions to plaintiff's motion for a preliminary injunction.

The court will convene oral arguments on these motions on **October 23, 2006.** The parties will reach agreement and will notify the court of the hearing time.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge