# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * | |
| ALION SCIENCE AND TECHNOLOGY CORPORATION, * | |
| * | |
| Plaintiff, | No. 06-682C |
| * | |
| v. | Filed: October 5, 2006 |
| * | |
| UNITED STATES OF AMERICA, | |
| * | |
| Defendant, and | |
| * | |
| ADVANCED ENGINEERING & SCIENCES, a division of ITT CORPORATION, * | |
| Defendant-Intervenor. * | |
| * * * * * * * * | |

**ORDER**

The court will hold a hearing on plaintiff's Application for a Temporary Restraining Order filed on **Friday, October 6, 2006, at 1:00 p.m.** in Courtroom 9 of the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge