**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| ALION SCIENCE AND TECHNOLOGY CORPORATION<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>ADVANCED ENGINEERING & SCIENCES, A DIVISION OF ITT CORPORATION,<br><br>Intervenor. | ) | No. 06-682 C<br>Judge Hodges |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Alion Science and Technology Corporation ("Alion"), hereby provides notice of its voluntary dismissal of the above-captioned matter.

Respectfully submitted,

Dated: October 10, 2006

_s/J. Scott Hommer, III_
J. Scott Hommer, III
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1658
Telecopier No.: (703) 821-8949
Protected Telecopier No.: (703) 760-1644

Of Counsel:

L. James D'Agostino

Richard L. Moorhouse
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Telephone No.: (703) 749-1300
Telecopier No.: (703) 749-1301

Peter A. Riesen
Keir X. Bancroft
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949

214000